**BEFORE THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION**

| | |
|---|---|
| In re: VitaminWater Litigation | MDL Docket No. _____ |

**DEFENDANTS' MOTION FOR TRANSFER OF ACTIONS TO THE EASTERN DISTRICT OF NEW YORK PURSUANT TO 28 U.S.C. § 1407 FOR COORDINATED OR CONSOLIDATED PRETRIAL PROCEEDINGS**

Defendants The Coca-Cola Company and Energy Brands Inc. respectfully move the Panel for an order, pursuant to 28 U.S.C. § 1407, transferring the actions identified in the Schedule of Action served and filed herewith to the United States District Court for the Eastern District of New York for coordinated or consolidated pretrial proceedings.

In support of this motion, Defendants state:

1. The actions identified in the schedule of actions have been filed by the plaintiffs in each action in the district indicated, and each such action is now pending before that Court.

2. Transfer of the actions will further the goals of Section 1407 as all actions allege common questions of fact.

3. Centralizing the actions would on balance serve the convenience of the parties and witnesses, and promote just and efficient resolution of the litigation by

196682 v1

eliminating duplicative discovery, preventing inconsistent rulings, and reducing litigation costs and efforts for the parties and the courts.

4.   Transfer to the Eastern District before Judge Dora L. Irizarry would centralize the litigation where it has advanced the furthest, and before judges who are most familiar with it.

5.   Finally, transfer to the Eastern District of New York is also appropriate because the district is readily accessible.

Dated:  November 15, 2010                    Respectfully submitted,


    /s/ Tammy B. Webb

Tammy B. Webb
tbwebb@shb.com
SHOOK, HARDY & BACON L.L.P.
333 Bush Street, Suite 600
San Francisco, California  94104
Tel: (415) 544-1900  Fax: (415) 391-0281

James R. Eiszner
jeiszner@shb.com
SHOOK, HARDY & BACON L.L.P.
2555 Grand Boulevard
Kansas City, Missouri 64108-2613
Tel: (816) 474-6550  Fax: (816) 421-5547

Faith E. Gay
faithgay@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN LLP
51 Madison Avenue, 22nd Floor,
New York, New York  10010
Tel: (212) 849-7000  Fax: (212) 849-7100

196682 v1

John Lewis Jr.
johnlewis@na.ko.com
THE COCA-COLA COMPANY
One Coca-Cola Plaza, Atlanta, GA 30313
Tel: (404) 676-2121  Fax: (404) 676-7636

Attorneys for Defendants
THE COCA-COLA COMPANY
and ENERGY BRANDS INC. (d/b/a GLACEAU)

196682 v1